| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>REINHARD, PHILIP G. | 2. Court or Organization<br><br>NDIL - WESTERN DIVISION | 3. Date of Report<br><br>05/08/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>327 SOUTH CHURCH STREET<br>ROOM 6100<br>ROCKFORD, ILLINOIS 61101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | Illinois Judges' Retirement System & Illinois Municipal Retirement Fund - Vested. Benefits began 1/12/1996. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Illinois Judges' Retirement System | $83,703.00 |
| 2. | 2018 | Illinois Municipal Retirement Fund | $16,170.35 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018-Int. | Substitute Teacher - Harlem Consolidated School District |
| 2. | 2018 | Teachers Retirement System of the State of Illinois |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **REINHARD, PHILIP G.** | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regal Beloit Corporation Common Stock - Trust #1 | B | Dividend | M | T | Donated (part) | | | | |
| 2. EQTCorp.formerly listed as Equitable Resources Common Stock - Trust #1 | A | Dividend | L | T | Buy (add'l) | 07/27/18 | J | | |
| 3. Equitrans Midstream Corp. (spinoff from EQT Corp. | | None | L | T | Spinoff (from line 2) | 11/13/18 | L | | |
| 4. Vanguard - Index Total Stock Market Fund | D | Dividend | N | T | | | | | |
| 5. Vanguard - Index Total Stock Market Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 6. E-Trade Ext.Ins.Sweep Dep.-Trust #1 (formerly E-Trade ClearingLLCBrok) | A | Interest | K | T | | | | | |
| 7. Vanguard Prime Money Market Fund | C | Dividend | M | T | Buy (add'l) | 4/26/18 | J | | |
| 8. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 9. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 10. | | | | | Buy (add'l) | 11/23/18 | J | | |
| 11. Vanguard Prime Money Market Fund - Trust #1 | A | Dividend | K | T | Redeemed (part) | 02/12/18 | J | | |
| 12. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 13. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 14. | | | | | Buy (add'l) | 11/25/18 | J | | |
| 15. Gold - Krugerrands | | None | M | T | Buy (add'l) | 07/30/18 | K | | |
| 16. Johnson & Johnson Corp. Common Stock - Trust #1 | B | Dividend | L | T | | | | | |
| 17. MGE Energy Inc. Common Stock - Trust #1 | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 3M Corp. Common Stock - Trust #1 | B | Dividend | M | T | Buy (add'l) | 10/24/18 | J | | |
| 19. Vanguard Intermediate-term Tx. Muni bonds - Admiral | D | Interest | N | T | | | | | |
| 20. Midland Bank Financial Accounts (formerly Alpine Bank) | A | Interest | K | T | | | | | |
| 21. Midland Bank Financial Account - Trust #1 (formerly Alpine Bank) | A | Interest | J | T | | | | | |
| 22. Vanguard Intermediate-term Tx. Muni bonds - Inv - Trust #1 | C | Interest | M | T | | | | | |
| 23. Abraxas Pete, Common Stock - Trust #1 | | None | J | T | Buy (add'l) | 08/07/18 | J | | |
| 24. Devon Energy Corp. Common Stock - Trust #1 | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 25. Ally Bank - Trust #1 | C | Interest | M | T | | | | | |
| 26. Ally Bank | C | Interest | M | T | | | | | |
| 27. Energy Transfer LP (formerly EnergyTransfer PartnersLP Units-Trust #1) | C | Dividend | K | T | | | | | |
| 28. Apple Inc., Common Stock - Trust #1 | B | Dividend | L | T | | | | | |
| 29. Novartis AG Common Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 30. Vanguard ST Invest. Grade Fund | A | Dividend | K | T | | | | | |
| 31. Vanguard ST Invest. Grade Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 32. Polaris Global Value Fund | B | Dividend | K | T | | | | | |
| 33. T.Rowe Price Health Sciences Fund | C | Dividend | L | T | | | | | |
| 34. Vanguard Capital Opportunity Fund | D | Dividend | L | T | Buy (add'l) | 08/03/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Healthcare Fund | C | Dividend | K | T | | | | | |
| 36. Market Vectors ETF Tr. Jr Gold Miners ETF Trust #1 | A | Dividend | K | T | Buy (add'l) | 08/13/18 | J | | |
| 37. Penumbra Inc., Common Stock Trust #1 | | None | L | T | | | | | |
| 38. Gold Mining Inc. - Trust #1 | | None | J | T | Buy (add'l) | 04/06/18 | J | | |
| 39. Vanguard Federal Money Market Fund - Trust #1 | A | Dividend | J | T | Buy (add'l) | 11/21/18 | J | | |
| 40. Vanguard Dividend Growth Fund Investors Shares | A | Dividend | J | T | | | | | |
| 41. Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 42. Ishares Nasdaq Biotechnology ETF | A | Dividend | K | T | | | | | |
| 43. Energy Select Sector SPDR ETF | A | Dividend | J | T | | | | | |
| 44. Vaneck Vectors Gold Miners ETF | A | Dividend | J | T | | | | | |
| 45. Apple Inc., Common Stock | A | Dividend | L | T | | | | | |
| 46. Brown-Forman Corporation Class B Common Stock | A | Dividend | J | T | | | | | |
| 47. Facebook Inc., Class A Common Stock | | None | K | T | | | | | |
| 48. Netflix Inc., Common Stock | A | Dividend | | | Sold | 11/19/18 | J | A | |
| 49. Tinka Resources Ltd., Common Stock (Y) | | | | | | | | | |
| 50. AT & T Common Stock (2) | A | Dividend | | | Sold | 11/19/18 | J | | |
| 51. Facebook Inc., Class A Common Stock (2) | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Co. Common Stock (2) | A | Dividend | | | Sold | 11/19/18 | J | | |
| 53. E-Trade Extended Insurance Sweep Deposit Acct. (2) | A | Dividend | K | T | | | | | |
| 54. Apple, Inc., Common Stock (3) | A | Dividend | L | T | | | | | |
| 55. Facebook Inc., Class A Common Stock (3) | | None | J | T | | | | | |
| 56. E-Trade Fin. Retire Sweep Dep.(formerlyE-TradeExt. Ins.SweepAcct. (3)) | A | Dividend | J | T | | | | | |
| 57. Biotime Inc. | A | Dividend | J | T | | | | | |
| 58. Mount Tam Bio Tech. | | None | | | Sold | 11/19/18 | J | | |
| 59. Washington Prime Group New | B | Dividend | J | T | | | | | |
| 60. CBL & Associates Properties | B | Dividend | | | Sold | 11/19/18 | J | | |
| 61. Vanguard Emerging Markets Stock Index Fund - Trust #1 | A | Dividend | | | Sold | 08/03/18 | K | B | |
| 62. Vanguard High Yield Tax Exempt Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 63. Vanguard International Growth Fund - Trust #1 | B | Dividend | K | T | Buy (add'l) | 02/12/18 | J | | |
| 64. Vanguard Federal Money Market Fund | A | Dividend | J | T | Redeemed (part) | 1/31/18 | J | | |
| 65. | | | | | Buy (add'l) | 08/06/18 | K | | |
| 66. KraneShares MSCI One ETF | A | Dividend | J | T | Buy | 01/29/18 | J | | |
| 67. American Silver Eagle Coins | | None | K | T | Buy | 07/30/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **REINHARD, PHILIP G.** | 05/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, Line 57 for Biotime, Inc.  The dividend reported takes the form of Agex Therapeutics Inc. stock owned by Biotime, Inc., which is below the reporting threshold.

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/08/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ PHILIP G. REINHARD**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544